IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



**FILED**

MAY 25 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>       v.<br><br>MIGUEL BARRAGAN<br><br>                              Defendant. | CR NO: 1:23-MJ-0058-SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:   Miguel Barragan
Detained at:        Fresno County Jail
Detainee is:    a.)   ☒ charged in this district by:   ☐ Indictment  ☐ Information  ☒ Complaint
                      charging detainee with:   18 U.S.C. 1959(a)(5) – Conspiracy/Attempted Murder
        or      b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   ☒ return to the custody of detaining facility upon termination of proceedings
        or      b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence
                      is currently being served at the detaining facility

*Appearance is necessary May 26, 2023, at 2PM in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Antonio J. Pataca |
| Printed Name & Phone No: | ANTONIO J. PATACA |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **May 26, 2023 at 2PM**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:  May 25, 2023                    /s/ Sheila K. Oberto
                                        Honorable Sheila K. Oberto
                                        U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | ☒ Male | ☐ Female |
| Booking or CDC #: | 2318358 | DOB: | 04-15-1986 |
| Facility Address: | Fresno County Jail | Race: | Hispanic |
| Facility Phone: | | FBI#: | |
| Currently Incarcerated For: | Felon in possession of a firearm | | |

### RETURN OF SERVICE

Executed on: _____   _____
                                              (signature)